IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| PAUL G. SHEARER | v. | DAVID BERNHARDT, Secretary, U.S. DEPT. OF THE INTERIOR |
| JUDGE H. RUSSEL HOLLAND | | CASE NO. 3:18-cv-0035-HRH |

PROCEEDINGS: ORDER FROM CHAMBERS

Plaintiff's second unopposed motion for an extension of time,[1] filed August 5, 2019, is granted. Accordingly, the briefing schedule is revised as follows:

    Plaintiff's Opening Brief: **October 11, 2019**

    Defendant's Opposition Brief: **December 20, 2019**

    Plaintiff's Reply Brief: **January 17, 2020**

---

[1] Docket No. 42.