Matthew T. Findley
matt@anchorlaw.com
Eva R. Gardner
eva@anchorlaw.com
Ashburn & Mason, P.C.
1227 W. 9th Avenue Suite 200
Anchorage, Alaska 99501
Telephone: (907) 276-4331
Facsimile: (907) 277-8235
Attorneys for Paul G. Shearer

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

| | |
|---|---|
| PAUL G. SHEARER, ) | |
| ) | |
| Plaintiff-Appellant, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 3:18-cv-00035-HRH |
| DAVID BERNHARDT, UNITED STATES ) | Patent Application AA-71472 |
| DEPARTMENT OF INTERIOR, BUREAU ) | |
| OF LAND MANAGEMENT, AND ) | |
| NATIONAL PARK SERVICE, ) | |
| ) | |
| Defendants-Appellees. ) | |
| _____ ) | |

## PAUL SHEARER'S MOTION FOR JUDICIAL NOTICE

Plaintiff-Appellant Paul Shearer, pursuant to Federal Rule of Evidence 201,[1] respectfully requests that the Court take judicial notice of the following documents, which are relied upon in his Opening Brief but not included in the Administrative Record:

---

[1] Fed. R. Evid. 201(d) states that judicial notice may be taken "at any stage of the proceeding."

- Compl. Ex. 8: Shearer Section 120 Consent (1998)
- Compl. Ex. 9: Order Re Motion to Add Charges Denied, Motion to Postpone Denied, Patent Application AA-71472 (OHA 2006)
- Compl. Ex. 14: Memorandum Decision, Case No. 4FA-93-02045CI (Fairbanks Superior Court, Sept. 13, 1996)
- Compl. Ex. 15: Corrected Judgment and Decree Quieting Title, Case No. 4FA-79-00194CI (Fairbanks Superior Court, Apr. 12, 1991)
- Compl. Ex. 16: Stipulation to Dismiss and Settlement Documents, Case No. 4FA-79-00194CI (Fairbanks Superior Court, 1981)
- Compl. Ex. 17: Judgment and Decree, Case No. 4FA-91-02148CI (Fairbanks Superior Court, Dec. 27, 1993)
- Compl. Ex. 18: Letters from DOI re Keystone, Pennsylvania, and Pittsburg claims (1994)
- Compl. Ex. 20: Anthony Assignment of Rights to Shearer (Jan. 20, 2005)
- Compl. Ex. 22: Settlement Agreement, Case No. 4FA-93-2045CI and 4FA-98-01250CI (Feb. 23, 2005)
- BLM Manual 3860, Mineral Patent Applications (July 9, 1991)
- BLM Manual 3862, Lode Mining Claim Patent Applications (July 9, 1991)

These documents are attached to Shearer's Notice of Filing Supplemental Materials Cited in Opening Brief. They are all (a) part of official court records, (b) publicly recorded, (c) authored by Defendants-Appellees, and/or (d) already in Defendants-Appellees' possession. These documents are therefore appropriate for judicial notice under Federal Rule of Evidence 201(b)(2), because they "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."

                                    ASHBURN & MASON, P.C.
                                    Attorneys for Paul G. Shearer

DATED: October 25, 2019        By: s/Matthew T. Findley_____
                                                    Matthew T. Findley
                                                    Alaska Bar No. 0504009

PAUL SHEARER'S MOTION FOR JUDICIAL NOTICE     Page 2 of 3
*Shearer v. Department of Interior, et al.*, No. 3:18-cv-00035-HRH

Case 3:18-cv-00035-HRH   Document 49   Filed 10/25/19   Page 2 of 3

matt@anchorlaw.com
Eva R. Gardner
Alaska Bar No. 1305017
eva@anchorlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2019, I filed a true and correct copy of the foregoing document with the Clerk of Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case 3:18-cv-00035-HRH who are registered CM/ECF users will be served by the CM/ECF system.

ASHBURN & MASON, P.C.

s/Julia Kentch

PAUL SHEARER'S MOTION FOR JUDICIAL NOTICE
*Shearer v. Department of Interior, et al.*, No. 3:18-cv-00035-HRH
Page 3 of 3

Case 3:18-cv-00035-HRH   Document 49   Filed 10/25/19   Page 3 of 3