Matthew T. Findley
matt@anchorlaw.com
Eva R. Gardner
eva@anchorlaw.com
Ashburn & Mason, P.C.
1227 W. 9th Avenue Suite 200
Anchorage, Alaska 99501
Telephone: (907) 276-4331
Facsimile: (907) 277-8235
Attorneys for Paul G. Shearer

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| PAUL G. SHEARER,<br><br>   Plaintiff,<br><br>vs.<br><br>DAVID BERNHARDT, UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, AND NATIONAL PARK SERVICE,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:18-cv-00035-HRH<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF EVA R. GARDNER IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS

STATE OF ALASKA   )
          ) ss.
THIRD JUDICIAL DISTRICT )

I, Eva R. Gardner, swear and affirm the following:

1. I am counsel for Plaintiff Paul G. Shearer in the above-captioned case. This affidavit is based on my personal knowledge.

2. I am an attorney and shareholder at Ashburn & Mason, P.C.

3. Attached as Exhibit 1 is a list of invoices with detailed time entries for all work performed by our office in this case.

4. As part of this case, we maintained accurate, contemporaneous records of time billed in this case. All attorneys carefully reviewed their billable time and the time of legal staff, and exercised prudent billing judgment with regard to the time claimed. This included reducing time for unnecessary, duplicative tasks or tasks unrelated to this case.

5. My typical hourly rate is $350.00. My law partner, Matthew Findley, similarly charges $350.000 per hour for his work. Associates at Ashburn & Mason who worked on this case charge an hourly rate of $275.00. For much of my work on this case, my rate and the rate of associates in the office was billed at a reduced rate of $250 per hour. Legal assistants and paralegals billed at $100 and $150 per hour. Non-lawyer work in this case was utilized when possible to reduce costs and promote efficiency.

6. The actual rates charged by the attorneys and legal staff in this case are consistent with the rates lawyers in Anchorage presently charge for civil litigation. For reference, attorney Jim Reeves of Stoel Rives LLP, who provided targeted assistance in this case, currently bills at a rate of $545 per hour. This is documented in Exhibit 1 to Paul Shearer's Affidavit.

7. In total, our firm spent 361.9 attorney hours on this case, 14.9 hours in legal staff hours and has billed $119,075.00 in total legal fees for our work. Our firm has also incurred $2,985.00 in expenses.[1]

8. This amount of time was necessary and reasonable in light of the complicated facts at issue, the length and number of prior proceedings, the voluminous administrative record that spanned several decades, and the complex, diverse, and rather obscure legal issues that were raised in this case.

FURTHER YOUR AFFIANT SAYETH NOT.

DATED: 7/7/20

Eva R. Gardner
Alaska Bar No. 1305017

SUBSCRIBED AND SWORN to before me this 7th day of July 2020



Notary Public in and for Alaska
My Commission Expires: 4/11/2023

---

[1] *See* Exhibit 2 (Bill of Costs Form AO 133).

ASHBURN & MASON P.C.  
LAWYERS  
1227 WEST 9TH AVENUE, SUITE 200  
ANCHORAGE, ALASKA 99501  
TEL 907.276.4331 • FAX 907.277.8235

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2020, I filed a true and correct copy of the foregoing document with the Clerk of Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case 3:18-cv-00035-HRH who are registered CM/ECF users will be served by the CM/ECF system.

ASHBURN & MASON, P.C.

s/Julia Kentch

ASHBURN & MASON P.C.
LAWYERS
1227 WEST 9TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
TEL 907.276.4331 · FAX 907.277.8235